UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>KATHARINE EVELYN WEST<br>DEBTOR | CASE NO. 14-74214<br><br>CHAPTER 7 |
| KATHARINE EVELYN WEST<br>MOVANT<br><br>V.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>RESPONDENT | MOTION TO AVOID LIEN |

## MOTION TO AVOID LIEN

COMES NOW, Katharine Evelyn West in the above-styled case, by and through his attorney of record and files this Motion to Avoid Lien and shows this Honorable Court the following:

**1.**
This case was commenced by the filing of a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code, on December 10, 2014.

**2.**
Debtor files this Motion under 11 U.S.C. §522 to avoid a Judgment Lien encumbering Debtor Katharine Evelyn West's real property and personal goods and chattels.

**3.**
The Lien to be avoided is the result of a contract between the Debtor, Katharine Evelyn West, and Respondent, Portfolio Recovery Associates, LLC.

**4.**
Pursuant to 11 U.S.C. § 522 and O.C.G.A. § 44-13-100, Debtor properly claimed as exempt on Schedule C all real and personal property. Respondent's lien on this property impairs the claimed exemptions.

**WHEREFORE,** Movant prays for judgment against Respondent for the cancellation and avoidance of the Judgment Lien encumbering Debtor's real property and personal goods and chattels and for such other and further relief as is just and proper.

Dated: December 17, 2014

Respectfully Submitted,

**/s/ Dan Saeger**
Dan Saeger, Attorney for the Debtor
Georgia Bar No. 680628
Rickman & Associates, PC
706 S. Thornton Ave, Suite D
Dalton, Georgia  30720
678-500-9546
678-391-4422
bk@thegeorgialawfirm.com

# CERTIFICATE OF SERVICE

I certify that true and correct copies of **Motion to Avoid Lien** has been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

**Chapter 7 Trustee**
Kyle A. Cooper
615 Colonial Park Drive
Suite 105
Roswell, GA 30075

**DEBTOR**
Katharine Evelyn West
3362 Sweetwater Dr
Lawrenceville, GA 30044

**Creditor**
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfoilk,, VA 23502


**Attorney for Creditor**
Tamara Starks
120 Corporate Blvd
Norfolk, VA  23502

**Creditor**
CEO Portfolio Recovery Associates, LLC
Steven D. Fredrickson
120 Corporate Blvd
Norfolk, VA  23502


Dated: December 17, 2014


                                                **/s/ Dan Saeger**
Dan Saeger, Attorney for the Debtor
Georgia Bar No. 680628
Rickman & Associates, PC
706 S. Thornton Ave, Suite D
Dalton, Georgia  30720

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>KATHARINE EVELYN WEST<br>DEBTOR | CASE NO. 14-74214<br><br>CHAPTER 7 |
| KATHARINE EVELYN WEST<br>MOVANT<br><br>V.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>RESPONDENT | MOTION TO AVOID LIEN |

## NOTICE ON REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

**NOTICE IS HEREBY GIVEN** that a Motion to Avoid Lien on exempt property pursuant to 11 U.S.C. §522 has been filed in the above styled case contemporaneous with the filing of this Notice.

**NOTICE IS FURTHER GIVEN** that, pursuant to BLR 6008-2 (NDGA), the Respondent must file a response to the Motion within twenty-one (21) days after service, exclusive of the date of service, and serve a copy of the same on Movant. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an Order granting the relief sought.

Dated: December 17, 2014

**/s/ Dan Saeger**
Dan Saeger, Attorney for the Debtor
Georgia Bar No. 680628
Rickman & Associates, PC
706 S. Thornton Ave, Suite D
Dalton, Georgia  30720
678-500-9546
678-391-4422
bk@thegeorgialawfirm.com